IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: Application Pursuant to 28 U.S.C. 1782 of | ) ) ) |
| FARHAD AZIMA | ) Case No.: 22-20707-MC-MARTINEZ ) |
| Petitioner, | ) ) |
| v. | ) ) |
| INSIGHT ANALYSIS AND RESEARCH, LLC, and SDC-GADOT LLC, | ) ) ) |
| Respondents, | ) ) ) |

**NON-PARTY'S NOTICE OF FILING AFFIDAVIT IN SUPPORT OF MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER:**

Non-party, AMIT FORLIT, by and through the undersigned counsel, hereby files the attached Affidavit in support of Non-Party's Motion filed with the Court as DE # 7.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 16th day of May, 2022, that a true and correct copy of the foregoing has been filed through the Court's CM/ECF-filing portal and that a true copy has been served through the portal upon all counsel of record in this action.

Respectfully submitted,

By: */s/ Christopher S. Salivar, Esq.*
Christopher S. Salivar, Esquire
Florida Bar No.: 57031
6576 Whispering Wind Way
Delray Beach, FL 33484
Tel: (561) 628-8908
Email: cssalivarattorney@gmail.com

By: */s/ Elan I. Baret, Esq.*
Elan I. Baret, Esquire

Florida Bar No.: 20676
3999 Sheridan Street, 2nd Floor
Hollywood, Florida 33021
Tel: (954) 486-9966
Facsimile: (954) 585-9196
Email: elan@baretlawgroup.com