Serial No. 31/22

Form No. 1

מספר סידורי 31/22

טופס מס׳ 1

## AUTHENTICATION OF SIGNATURE

### אימות חתימה

I, the undersigned, Udi Yehuda Weisbaum Notary holding license no. 2105126, hereby certify that on May 12, 2022 appeared before me at My Office at 31 Habarzel St. Tel-Aviv, Mr. Amit Forlit,

☐ who is known to me personally

☒ whose identity has been proven to me by Israeli Passport number ▇▇▇ 6174 issued on January 15, 2020

And I am convinced that the person standing before me understood fully the significance of the action and voluntarily signed the attached document marked with the letter "A"

In witness whereof, I hereby authenticate the signature of Mr. Amit Forlit by my own signature and seal this day May 12, 2022.

Notary fee 198 NIS

אני החתום מטה אודי יהודה ויסבאום נוטריון בעל רישיון מספר 2105126 מאשר כי ביום 12.5.2022 ניצב לפני במשרדי ברחוב הברזל 31 בתל אביב מר עמית פורליט

☐ המוכר/ת לי באופן אישי

☒ שזהותו הוכחה לי על פי דרכון ישראלי מספר 6174 ▇▇▇ שהונפק ביום 15.1.2020

ושוכנעתי כי הניצב בפני הבין הבנה מלאה את משמעות הפעולה וחתם מרצונו החופשי על המסמך המצורף והמסומן באות "A"

לראיה אני מאמת את חתימתו של מר עמית פורליט בחתימת ידי ובחותמי, היום 12.5.2022.

שכר נוטריון 198 שקלים חדשים.

_____
Signature

חתימה

Notary's seal

חותם הנוטריון



**AFFIDAVIT OF AMIT FORLIT**

)
)
)
)

BEFORE ME, the undersigned authority, this day personally appeared, AMIT FORLIT, who,

after first being duly sworn, deposes and says as follows:

1. I, Amit Forlit, am over the age of 18, I am competent to make this affidavit, and I make this affidavit based on my personal knowledge.

2. I do not reside in the State of Florida, and I do not reside in the United States.

3. Though SDC-GADOT, LLC was formed in 2017 as a Florida company, it has not conducted business in the State of Florida. And I never conducted any business on behalf of the company in the State of Florida.  In fact, though the entity has remained active, it has not conducted any business in years.

   **Further Affiant Sayeth Naught Sworn.**

   Dated: May 12, 2022.

   _____
   AMIT FORLIT

SWORN TO AND SUBSCRIBED before me this <u>12</u> day of May 2022, by AMIT FORLIT, ~~who is personally known to me ( )~~ / who has produced a valid identification card for purposes of identification ( ).

Udi Yehuda Weisbaum
Notary Public

_____
Udi Yehuda Weisbaum



PASSPORT דרכון   STATE OF ISRAEL   מדינת ישראל

מדינת ישראל STATE OF ISRAEL

| Type / סוג | Code of state / מדינה | Passport No. / דרכון מס׳ |
|---|---|---|
| P / ד | ISR | ████6174 |

Surname / שם משפחה
FORLIT / פורליט

Given name / שם פרטי
AMIT / עמית

Nationality / אזרחות
ISRAELI / ישראלית

Date of birth / תאריך לידה
████1967

I.D. No. / מס׳ זהות
119-8████

Sex / מין   Place of birth / מקום לידה
M / ז   ISRAEL / ישראל

Date of issue / תאריך הוצאה
15/01/2020

Date of expiry / תאריך פקיעת תוקף
14/01/2030

Authority : I.C. Passport at / סמכות – ממונה דרכונים ב-
JERUSALEM / ירושלים

Holder's signature / חתימת בעל הדרכון

P<ISRFORLIT<<AMIT<<<<<<<<<<<<<<<<<<<<<<<<<<<<
████6174<████1450<████2119<8<<<38

NOTAIRE
אודי יהודה
וייסבאום
UDI YEHUDA
WEISBAUM
NOTARY