## Table of Contents

**Subject Information** ................................................................................................................................ 2

Redacted for Privacy

**Important:**

ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws.   User agrees to having knowledge of all applicable laws pertaining to the usage of data.  User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
Date: 05/17/2022
Reference ID: 374700.011

**Report Legend**
D - Deceased Person

Relatives
\> - 1st Degree of Separation
\>\> - 2nd Degree of Separation
\>\>\> - 3rd Degree of Separation

## Subject Information

Redacted for Privacy

(Best Information for Subject)

Name: AMIT FORLIT (09/16/2021 to 09/16/2021)

Date of Birth: Redacted /1967, Born 54 years ago
Gender: **Male**
SSN: Redac-9459 issued in **NEW YORK** between **1990-1991**

Other Individuals Observed with shared SSN:
ALON O GURLAVIE Redacted -9459
Red /1967 (54)
OMIR A GURLAVIE Redacted -9459

Redacted for Privacy

## Address Summary (1 Found)

Redacted for   MIAMI, FL 33177 (MIAMI-DADE COUNTY) (09/16/2021 to 09/16/2021)

## Address Details (1 Found)

Redacted for   MIAMI FL 33177 (MIAMI-DADE COUNTY) (09/16/2021 to 09/16/2021)   [ Back to Summary ]
Current Commercial Phones at address
- Redact 9219(ET) - ADT DEALER HOME SECURITY CONCEPTS
- Redact 7575(ET) - CHICKEE HUTS INC
- Redact 1311(ET) - LURIM TECHNOLOGIES
- Redact 7270(ET) - LURIM TECHNOLOGIES
- Redact 0928 - LURIM TECHNOLOGIES
- Redact 1059 - LURIM TECHNOLOGIES
- Redact 6480(ET) - MAIL MART USA
- Redact 7575(ET) - OUTDOOR KITCHE N DREAMS
- Redact -9395(ET) - RRR GENERAL CONSTRUCTIONS
- Redact -2192(ET) - WE CLEAN GARAGES
- Redac -4968 - WECLEANGARAGES.COM
- Redact -4829(ET) - WOODRUFF & CO. LLC

## Cities History (1 Found)

MIAMI, FL (MIAMI-DADE COUNTY)  (09/16/2021 to 09/16/2021)

## Counties History (1 Found)

MIAMI-DADE, FL (09/16/2021 to 09/16/2021)

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

██████████████████████████

████████████████████

██████████████████████

██████████████████████

███████████ Redacted for Privacy

Redacted for Privacy ███████████████

██████████████████████████

████████████████████

████████████████████

██████████████████████

████████████████

██████████████████████████

████████████████

███████████ Redacted for Privacy

Redacted for Privacy

Case 1:22-cv-20707-JEM Document 19-6 Entered on FLSD Docket 06/05/2022 Page 5 of 5
FOR ATTORNEY / LAW FIRM PURPOSES ONLY                                      AMIT FORLIT-Comprehensive-Report-20220517101

Page 5 of 5   05/17/2022