## **EXHIBIT "5" FOR RESPONDENTS' MOTION FOR PROTECTIVE ORDER**



Stuart Page
ראה/תה לאחרונה אתמול בשעה 21:23

Amit, I would like you to understand my actions. As you know I found myself alone in ever increasing litigation and spiralling costs which was causing me enormous stress, leading to a mental breakdown, almost costing me my life. I was given no option but to co-operate, for which I now feel much better.

I would like to meet so we can work out how resolve your situation



**Stuart Page**
ראה/תה לאחרונה אתמול בשעה 21:23

breakdown, almost costing me my life. I was given no option but to co-operate, for which I now feel much better.

I would like to meet so we can work out how to resolve your situation next, given what I have had to do.

Would you be happy to meet me next week, I propose somewhere neutral and half way, maybe Switzerland?

18:59



