**EXHIBIT "3"**

**Stuart Page**
ראה/תה לאחרונה אתמול בשעה 21:23

Amit, I would like you to understand my actions. As you know I found myself alone in ever increasing litigation and spiralling costs which was causing me enormous stress, leading to a mental breakdown, almost costing me my life. I was given no option but to co-operate, for which I now feel much better.

I would like to meet so we can work out how resolve your situation



**Stuart Page**
ראה/תה לאחרונה אתמול בשעה 21:23

breakdown, almost costing me my life. I was given no option but to co-operate, for which I now feel much better.

I would like to meet so we can work out how to resolve your situation next, given what I have had to do.

Would you be happy to meet me next week, I propose somewhere neutral and half way, maybe Switzerland?

18:59



Stuart Page
נראה/תה לאחרונה היום ב-0:17

I'm glad that you feel better
I need to think if I want to be drag in to this play
Now The journalists accusing me in things that you know I didn't do or have anything to do with (like FA hacking)
I red your statement and they report on things you didn't said
At this point i C no reason to meat - bcz both sides are not sicking for the truth, the side you pick (and I'm

