

Christopher Salivar <cssalivarattorney@gmail.com>

### Re: R30(b)(6) depos of Insight and Gadot

**Elan Baret** <elan@baretlawgroup.com>  Fri, Jul 15, 2022 at 11:45 AM
To: "Johannes, Vanessa Singh" <VJohannes@carltonfields.com>
Cc: "Behre, Kirby" <kbehre@milchev.com>, Christopher Salivar <cssalivarattorney@gmail.com>, "Herbert, Ian" <iherbert@milchev.com>, "O'Toole, Timothy" <TOtoole@milchev.com>, "Pasano, Michael S." <mpasano@carltonfields.com>

Thank you. I don't have an office in Israel so I can't help with office space for the depo. Next Wednesday will work for me and my client.

Regards,

Elan.

On Fri, Jul 15, 2022 at 00:25 Johannes, Vanessa Singh <VJohannes@carltonfields.com> wrote:

> Thanks, Chris, for your speedy response. Elan, please accept our condolences to you and your family.
>
> In terms of logistics, as the local lawyer, it would be helpful if Elan would secure office space for the depositions and ensure that any approvals we need for the depositions to take place are obtained.
>
> In the meantime, we will locate a court reporter and secure the translator.
>
> We look forward to confirmation of our plans and agreement from Elan and your clients in short order.
>
> Thanks again,
>
> Vanessa
>
>
> **Vanessa Johannes**
> Attorney at Law | Carlton Fields
> 2 MiamiCentral
> 700 NW 1st Avenue, Ste. 1200 | Miami, Florida 33136-4118
> Direct: 305.539.7358 | Fax: 305.530.0055
> VJohannes@carltonfields.com
>
>
> **From:** Christopher Salivar <cssalivarattorney@gmail.com>
> **Sent:** Thursday, July 14, 2022 4:14 PM
> **To:** Johannes, Vanessa Singh <VJohannes@carltonfields.com>; Christopher Salivar <cssalivarattorney@gmail.com>
> **Cc:** Elan Baret <elan@baretlawgroup.com>; Pasano, Michael S. <mpasano@carltonfields.com>; Kirby Behre <kbehre@milchev.com>; Ian Herbert <iherbert@milchev.com>
> **Subject:** Re: R30(b)(6) depos of Insight and Gadot
>
> Vanessa,

8/5/22, 5:06 PM
Case 1:22-cv-20707-JB   Document 46-1   Entered on FLSD Docket 08/05/2022   Page 2 of 5
Gmail - Re: 30(b)(6) depos of Insight and Gadot

Thank you for your response. Elan is copied on the email chain, but I know he is currently attending a family memorial service for a loved one who passed away (it began earlier this afternoon local time in Tel Aviv). I will follow-up with him now separately to confirm that things are good to go forward next week with the depositions and I'll also follow up with him via telephone first thing in the morning tomorrow morning (Florida local time) and will send you another confirmation email after I have spoken to him indicating which date next week works best.

Sincerely,

*Christopher S. Salivar, Esq.*

Christopher S. Salivar, P.L.L.C.

(561) 628-8908

cssalivarattorney@gmail.com


On Thu, Jul 14, 2022 at 2:04 PM Johannes, Vanessa Singh <VJohannes@carltonfields.com> wrote:

> Chris,
>
> We agree to proceed under the original deposition notices and move forward with the Rule 30(b)(6) depositions of Insight and Gadot, with Mr. Forlit being the witness/corporate representative, next week. Though the depositions will take place in Israel, given that the orders granting such depositions were issued in the SDFL (and that the Court here retains jurisdiction for such purposes), we will proceed under the federal rules of procedure in handling the depositions.
>
> Since the depositions will take place in Israel, we need to move quickly regarding logistics and planning. As such, please let us know **no later than tomorrow midday** whether we have a greenlight and agreement. Kirby and Ian will be present in Israel in-person and would travel on Sunday. We can hold the depositions on Tuesday, Wednesday, or Thursday. We will setup the logistics (including a translator).
>
> Look forward to hearing from you soon.
>
> Best,
>
> Vanessa
>
> **Vanessa Johannes**
> Attorney at Law | Carlton Fields
> 2 MiamiCentral

700 NW 1st Avenue, Ste. 1200 | Miami, Florida 33136-4118

Direct: 305.539.7358 | Fax: 305.530.0055

VJohannes@carltonfields.com

**From:** Christopher Salivar <cssalivarattorney@gmail.com>
**Sent:** Wednesday, July 13, 2022 1:16 PM
**To:** Johannes, Vanessa Singh <VJohannes@carltonfields.com>; Christopher Salivar <cssalivarattorney@gmail.com>
**Cc:** Elan Baret <elan@baretlawgroup.com>; Pasano, Michael S. <mpasano@carltonfields.com>; Kirby Behre <kbehre@milchev.com>; Ian Herbert <iherbert@milchev.com>
**Subject:** Re: R30(b)(6) depos of Insight and Gadot

Vanessa,

To carry forward the conversation to see if the parties can amicably agree on how and when to conduct the Rule 30(b)(6) depositions, Mr. Baret is currently in Israel and has spoken with our clients' representative. If the parties can agree to proceed under the original issued April 7, 2022 Rule 30(b)(6) Notices (copies of which are attached), then my clients will be agreeable to have Mr. Forlit deposed sometime next week while Mr. Baret is still in Israel and can attend the deposition in person with Mr. Forlit. As mentioned previously, the Petitioner will need to have a Hebrew to English translator available at the deposition so Mr. Forlit can testify.

The foregoing is offered without prejudice to any currently pending filing in the action, and is made as a good faith attempt to seek to resolve the issues currently pertaining to your client's desires/intentions to conduct Rule 30(b)(6) depositions of Insight and SDC-Gadot.

Please let me know if the foregoing is agreeable or not, so I can then in turn contact Mr. Baret to address what date next week works for the depositions.

Sincerely,

*Christopher S. Salivar, Esq.*

Christopher S. Salivar, P.L.L.C.

(561) 628-8908

cssalivarattorney@gmail.com

On Mon, Jul 11, 2022 at 10:26 AM Christopher Salivar <cssalivarattorney@gmail.com> wrote:

> Vanessa,

I'm now back in town and just getting up to speed on the emails I received while I was on vacation in Washington. To correct something stated below, we agreed that July 12 and 13th potentially worked for corporate representative depositions, but specifically made note that we objected to the Rule 30(b)(6) designated scopes of inquiry and needed to have that addressed (either by agreement or by the Court) prior to the depositions.  That is expressly referenced in my prior emails on this matter, and in the filed Objection and Request for District Court Review (DE # 34).

As it is July 11th now, there is no way that depositions will go forward tomorrow and Wednesday.

Also, during the June 27th conference call, you were the one that indicated that agreement between the parties was highly unlikely and a hearing before the Court would need to be held on the pending filings. Mr. Baret reiterated the Respondents' desires to work things out, but based upon your comments we believed that there was nothing else to be done other than wait until the Magistrate's Report and Recommendation is filed, and until the Court rules upon DE # 34, and then coordinate new dates after the Court has ruled upon the permissible scopes of inquiry.

However, given your email below I will reach out to Mr. Baret and my client representatives and see what availability exists for later in July if the parties are able to agree upon a scope of inquiry for the depositions.  As soon as I hear back, I will provide you with an update.

Sincerely,

*Christopher S. Salivar, Esq.*

Christopher S. Salivar, P.L.L.C.

(561) 628-8908

[cssalivarattorney@gmail.com](mailto:cssalivarattorney@gmail.com)

On Wed, Jul 6, 2022 at 8:07 AM Johannes, Vanessa Singh <[VJohannes@carltonfields.com](mailto:VJohannes@carltonfields.com)> wrote:

> Chris,
>
> I hope all went well on your vacation.  I am reaching out again to discuss the depositions of Insight and Gadot. Prior to the Court's 6/27 telephonic hearing, we agreed to conduct those depositions in Israel on July 12 and 13, with Amit Forlit being the corporate representative.  As we understand your position, you do not have issue with the depositions themselves, just the amended scope.  Further, your response to the motion for sanctions leads us to believe that you all still wish to discuss how we can resolve any discrepancies amicably and move forward in an efficient manner.
>
> Please advise if your clients are still available in July.  If so, we can then proceed to discuss the scope and resolve that issue among ourselves.
>
> Thanks -
> Vanessa

[cid:image2d3a2e.PNG@dae658a6.418fcd36]<http://www.carltonfields.com>

Vanessa Johannes
Attorney at Law

2 MiamiCentral
700 NW 1st Avenue, Ste. 1200
Miami, Florida 33136-4118
Direct: 305.539.7358 | Fax: 305.530.0055

VJohannes@carltonfields.com<mailto:VJohannes@carltonfields.com> | www.carltonfields.com<http://www.carltonfields.com>
bio<https://www.carltonfields.com/team/j/vanessa-johannes> | vcard<https://www.carltonfields.com/carlton/controller/utilities/AttorneyVCard?guid=73f1bc08-9398-4a0d-bd82-07dfa41df26e&name=vjohannes>

Carlton Fields is ISO 27001:2013 certified.

Confidential: This e-mail contains a communication protected by the attorney-client privilege or constitutes work product. If you do not expect such a communication please delete this message without reading it or any attachment and then notify the sender of this inadvertent delivery.

--
*Elan I. Baret, Esq.*

**Baret Law Group, PA**

| Main Office: | Fort Lauderdale Office: |
|---|---|
| 3999 Sheridan Street | 3007 W. Commercial Blvd. |
| 2nd Floor | Suite 105 |
| Hollywood, FL 33021 | Fort Lauderdale, FL 33309 |
| (954) 486-9966 (Tel) | (954) 486-9966 (Tel) |
| (954) 585-9196 (Fax) | (954) 585-9196 (Fax |

www.BaretLawGroup.com

The information contained in the email correspondence (including any attachment) is intended solely for the use of the intended recipient, and may contain information that is PRIVILEGED and CONFIDENTIAL. Any unauthorized review, use, disclosure, distribution or taking of any action in reliance on the contents is strictly prohibited. No such inadvertent disclosure shall be considered a waiver of any privilege otherwise available at law or by contract.  Civil or criminal penalties may be imposed for the wrongful use of this information.