IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| In re: Application Pursuant to<br>28 U.S.C. 1782 of | ) ) ) | |
| FARHAD AZIMA | ) ) | Case No.: 22-20707-cv-MARTINEZ |
| Petitioner, | ) ) | |
| v. | ) ) | |
| INSIGHT ANALYSIS AND RESEARCH,<br>LLC, and SDC-GADOT LLC, | ) ) ) | |
| Respondents, | ) ) ) | |
| _____ | ) | |

## NOTICE OF FILING DEPOSITION TRANSCRIPTS

Respondents, INSIGHT ANALYSIS AND RESEARCH, LLC and SDC-GADOT, LLC, hereby file copies of the Rule 30(b)(6) deposition transcripts for the depositions conducted on July 20, 2022 and July 21, 2022, respectively.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 9th day of August, 2022, that a true and correct copy of the foregoing has been filed through the Court's CM/ECF-filing portal and that a true copy has been served through the portal upon all counsel of record in this action.

Respectfully submitted,

By: */s/ Christopher S. Salivar, Esq.*
Christopher S. Salivar, Esquire
Florida Bar No.: 57031
6576 Whispering Wind Way
Delray Beach, FL 33484
Tel: (561) 628-8908
Email: cssalivarattorney@gmail.com

By: <u>*/s/ Elan I. Baret, Esq.*</u>
    Elan I. Baret, Esquire
    Florida Bar No.: 20676
    3999 Sheridan Street, 2nd Floor
    Hollywood, Florida 33021
    Tel: (954) 486-9966
    Facsimile: (954) 585-9196
    Email: elan@baretlawgroup.com