Query   Reports   Utilities   Help   Log Out

18BD,SO30

# U.S. District Court
## North Carolina Middle District (NCMD)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00954-WO-JLW

AZIMA v. DEL ROSSO et al
Assigned to: JUDGE WILLIAM L. OSTEEN, JR
Referred to: MAG/JUDGE JOE L. WEBSTER
Cause: 18:1836(b) Civil Action to Protect Trade Secrets

Date Filed: 10/15/2020
Jury Demand: Plaintiff
Nature of Suit: 880 Defend Trade Secrets Act (of 2016)
Jurisdiction: Federal Question

**Plaintiff**

**FARHAD AZIMA**     represented by     **CHRISTOPHER W. JONES**
WOMBLE BOND DICKINSON (US) LLP
POB 831
RALEIGH, NC 27601
919-755-8173
Fax: 919-755-6771
Email: chris.jones@wbd-us.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JONATHON D. TOWNSEND**
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE STREET, SUITE 1100
RALEIGH, NC 27601
919-755-2175
Fax: 919-755-6173
Email: Jonathon.Townsend@wbd-us.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BRIAN A. HILL**
MILLER & CHEVALIER CHARTERED
900 16TH STREET, N.W.
WASHINGTON, DC 20006
202-626-5800
Fax: 202-626-5801
Email: bhill@milchev.com
*ATTORNEY TO BE NOTICED*

**CALVIN LEE**
MILLER & CHEVALIER CHARTERED
900 16TH STREET, N.W.
WASHINGTON, DC 20006
202-626-5800
Fax: 202-626-5801

Email: clee@milchev.com
*ATTORNEY TO BE NOTICED*

**IAN A. HERBERT**
MILLER & CHEVALIER CHARTERED
900 16TH STREET, N.W.
WASHINGTON, DC 20006
202-626-5800
Fax: 202-626-5801
Email: iherbert@milchev.com
*ATTORNEY TO BE NOTICED*

**KIRBY D. BEHRE**
MILLER & CHEVALIER CHARTERED
900 16TH STREET, N.W.
WASHINGTON, DC 20006
202-626-5800
Fax: 202-626-5801
Email: kbehre@milchev.com
*ATTORNEY TO BE NOTICED*

**RIPLEY RAND**
WOMBLE BOND DICKINSON (US) LLP
555 FAYETTEVILLE STREET
SUITE 1100
BOX 831
RALEIGH, NC 27601
919-755-8125
Fax: 919-755-6752
Email: Ripley.Rand@wbd-us.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

NICHOLAS DEL ROSSO          represented by  **BRANDON S. NEUMAN**
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
4140 PARKLAKE AVENUE, 2ND FLOOR
RALEIGH, NC 27612
919-329-3800
Fax: 919-329-3799
Email: brandon.neuman@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY M. KELLY**
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
4140 PARKLAKE AVENUE, 2ND FLOOR
RALEIGH, NC 27612
919-329-3800

Fax: 919-329-3799
Email: jeff.kelly@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIERAN JOSEPH SHANAHAN**
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
4140 PARKLAKE AVENUE, 2ND FLOOR
RALEIGH, NC 27612
919-329-3800
Fax: 919-329-3799
Email: kieran.shanahan@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NATHANIEL J. PENCOOK**
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
4140 PARKLAKE AVENUE, 2ND FLOOR
RALEIGH, NC 27612
919-329-3800
Fax: 919-329-3799
Email: nate.pencook@nelsonmullins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**VITAL MANAGEMENT SERVICES, INC.**    represented by    **BRANDON S. NEUMAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JEFFREY M. KELLY**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KIERAN JOSEPH SHANAHAN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NATHANIEL J. PENCOOK**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2020 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400 receipt number 0418-2912931.), filed by FARHAD AZIMA.(TOWNSEND, JONATHON) (Entered: 10/15/2020) |

| | | |
|---|---|---|
| 10/16/2020 | 2 | Summons Issued as to NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. (Attachments: # 1 Summons - Vital Management Services, Inc.) (Hicks, Samantha) (Entered: 10/16/2020) |
| 10/16/2020 | 3 | Notice of Right to Consent. Counsel shall serve the attached form on all parties. (Attachments: # 1 Consent Form) (Hicks, Samantha) (Entered: 10/16/2020) |
| 10/16/2020 | | Case ASSIGNED to UNASSIGNED and MAG/JUDGE JOE L. WEBSTER. (Hicks, Samantha) (Entered: 10/16/2020) |
| 10/16/2020 | | CASE REFERRED to Standing Order 30. (Hicks, Samantha) (Entered: 10/16/2020) |
| 10/19/2020 | 4 | NOTICE of Attorney Appearance by attorney RIPLEY RAND on behalf of Plaintiff FARHAD AZIMA (RAND, RIPLEY) (Entered: 10/19/2020) |
| 10/20/2020 | 5 | SUMMONS Returned Executed by FARHAD AZIMA as to NICHOLAS DEL ROSSO served on 10/16/2020, answer due 11/6/2020. on Proof of Service Henry Stevens/Shanahan Law Group (TOWNSEND, JONATHON) (Entered: 10/20/2020) |
| 10/20/2020 | 6 | SUMMONS Returned Executed by FARHAD AZIMA as to VITAL MANAGEMENT SERVICES, INC. served on 10/16/2020, answer due 11/6/2020. on Proof of Service Henry Stevens/Shanahan Law Group (TOWNSEND, JONATHON) (Entered: 10/20/2020) |
| 10/21/2020 | 7 | MOTION for Leave *to Serve Third-Party Subpoenas Before Rule 26(f) Conference* by FARHAD AZIMA. Responses due by 11/12/2020 (Attachments: # 1 Exhibit A - Dechert Subpoena, # 2 Exhibit B - KARV Subpoena, # 3 Exhibit C - Frank Subpoena, # 4 Exhibit D - Handjani Subpoena, # 5 Exhibit E - Page Subpoena, # 6 Exhibit F - NTI Subpoena, # 7 Exhibit G - BoA Subpoena, # 8 Exhibit H - Kotak Mahindra Subpoena)(RAND, RIPLEY) (Entered: 10/21/2020) |
| 10/21/2020 | 8 | BRIEF re 7 MOTION for Leave *to Serve Third-Party Subpoenas Before Rule 26(f) Conference* . (RAND, RIPLEY) (Entered: 10/21/2020) |
| 10/22/2020 | 9 | NOTICE of Attorney Appearance by attorney KIERAN JOSEPH SHANAHAN on behalf of Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. (SHANAHAN, KIERAN) (Entered: 10/22/2020) |
| 10/22/2020 | 10 | Corporate Disclosure Statement by NICHOLAS DEL ROSSO. (SHANAHAN, KIERAN) (Entered: 10/22/2020) |
| 10/22/2020 | 11 | Corporate Disclosure Statement by VITAL MANAGEMENT SERVICES, INC.. (SHANAHAN, KIERAN) (Entered: 10/22/2020) |
| 10/22/2020 | 12 | NOTICE of Attorney Appearance by attorney BRANDON S. NEUMAN on behalf of Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. (NEUMAN, BRANDON) (Entered: 10/22/2020) |
| 10/22/2020 | 13 | NOTICE of Attorney Appearance by attorney JEFFREY M. KELLY on behalf of Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. (KELLY, JEFFREY) (Entered: 10/22/2020) |
| 10/22/2020 | 14 | NOTICE of Attorney Appearance by attorney NATHANIEL J. PENCOOK on behalf of Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. (PENCOOK, NATHANIEL) (Entered: 10/22/2020) |
| 10/22/2020 | 15 | NOTICE of Attorney Appearance by attorney CHRISTOPHER W. JONES on behalf of Plaintiff FARHAD AZIMA (JONES, CHRISTOPHER) (Entered: 10/22/2020) |
| 10/22/2020 | 16 | NOTICE of Special Appearance by attorney CALVIN LEE on behalf of Plaintiff FARHAD AZIMA ( Filing fee $ 25 receipt number 0418-2917079.) (LEE, CALVIN) |

Case 1:22-cv-20707-JEM   Document 52-2   Entered on FLSD Docket 09/07/2022   Page 5 of 11

| | | |
|---|---|---|
| | | (Entered: 10/22/2020) |
| 10/22/2020 | [17](#) | NOTICE of Special Appearance by attorney KIRBY D. BEHRE on behalf of Plaintiff FARHAD AZIMA ( Filing fee $ 25 receipt number 0418-2917109.) (BEHRE, KIRBY) (Entered: 10/22/2020) |
| 10/22/2020 | | Motions Referred: RE: [7](#) MOTION for Leave *to Serve Third-Party Subpoenas Before Rule 26(f) Conference*, to MAG/JUDGE JOE L. WEBSTER (Garrett, Kim) (Entered: 10/22/2020) |
| 10/27/2020 | [18](#) | Consent MOTION for Extension of Time to File Response/Reply by VITAL MANAGEMENT SERVICES, INC.. (Attachments: # [1](#) Text of Proposed Order) (NEUMAN, BRANDON) (Entered: 10/27/2020) |
| 10/28/2020 | [19](#) | NOTICE of Special Appearance by attorney IAN A. HERBERT on behalf of Plaintiff FARHAD AZIMA ( Filing fee $ 25 receipt number 0418-2920346.) (HERBERT, IAN) (Entered: 10/28/2020) |
| 10/28/2020 | [20](#) | NOTICE of Special Appearance by attorney BRIAN A. HILL on behalf of Plaintiff FARHAD AZIMA ( Filing fee $ 25 receipt number 0418-2920356.) (HILL, BRIAN) (Entered: 10/28/2020) |
| 10/30/2020 | | Motions Referred: RE: [18](#) Consent MOTION for Extension of Time to File Response/Reply , to MAG/JUDGE JOE L. WEBSTER (Williamson, Wanda) (Entered: 10/30/2020) |
| 10/30/2020 | | **TEXT ORDER** granting [18](#) Motion for Extension of Time. For good cause shown, the time for Defendants to file a responsive pleading to Plaintiff's Complaint shall be extended up to and including December 21, 2020. Issued by MAG/JUDGE JOE L. WEBSTER on 10/30/2020.(Lee, Pedra) (Entered: 10/30/2020) |
| 11/12/2020 | [21](#) | RESPONSE in Opposition re [7](#) MOTION for Leave *to Serve Third-Party Subpoenas Before Rule 26(f) Conference* filed by FARHAD AZIMA filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 11/27/2020 (NEUMAN, BRANDON) (Entered: 11/12/2020) |
| 11/12/2020 | [22](#) | DECLARATION of Brandon S. Neuman filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. re [21](#) Response in Opposition to Motion,*for Leave to Serve Third-Party Subpoenas* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (Attachments: # [1](#) Exhibit May 22, 2020 Approved Judgment, # [2](#) Exhibit June 20, 2020 Addendum, # [3](#) Exhibit July 31, 2020 Damagesl Order, # [4](#) Exhibit September 9, 2020 Appeal Order, # [5](#) Exhibit August 16, 2020 RRAD, # [6](#) Exhibit January 15, 2020 Def. Skeleton Argument, # [7](#) Exhibit February 11, 2020 Closing Submission, # [8](#) Exhibit October 13, 2020 Kirby Behre Email and Letter) (NEUMAN, BRANDON) (Entered: 11/12/2020) |
| 11/13/2020 | [23](#) | Corrected document re [21](#) Response in Opposition to Motion,. (NEUMAN, BRANDON) (Entered: 11/13/2020) |
| 11/18/2020 | [24](#) | REPLY, filed by Plaintiff FARHAD AZIMA, to Response to [7](#) MOTION for Leave *to Serve Third-Party Subpoenas Before Rule 26(f) Conference* filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 11/18/2020) |
| 11/18/2020 | [25](#) | DECLARATION filed by Plaintiff FARHAD AZIMA re [24](#) Reply to Response to Motion *for Leave to Serve Third-Party Subpoenas* filed by FARHAD AZIMA. (Attachments: # [1](#) Exhibit 1-2020.11.06 Ltr from Bank of America, # [2](#) Exhibit 2-2018.03.30 Memorandum and Opinion, # [3](#) Exhibit 3-2019.06.21 Witness Statement of Nicholas del Rosso (signed)) (RAND, RIPLEY) (Entered: 11/18/2020) |

| | | |
|---|---|---|
| 11/19/2020 | | Motions Referred: RE: 7 MOTION for Leave *to Serve Third-Party Subpoenas Before Rule 26(f) Conference*, to MAG/JUDGE JOE L. WEBSTER (Garrett, Kim) (Entered: 11/19/2020) |
| 12/08/2020 | 26 | MOTION by FARHAD AZIMA to Expedite consideration of 7 Motion for Leave to Serve Third-Party Subpoenas. (Attachments: # 1 Text of Proposed Order)(RAND, RIPLEY) Modified docket text on 12/9/2020 for additional document title/document link. (Entered: 12/08/2020) |
| 12/08/2020 | 27 | BRIEF re 26 MOTION to Expedite by Plaintiff FARHAD AZIMA filed by FARHAD AZIMA. (Attachments: # 1 Affidavit)(RAND, RIPLEY) (Entered: 12/08/2020) |
| 12/09/2020 | 28 | Corrected Brief re: 26 MOTION to Expedite *(Correction of Docket No. 27)*. (Attachments: # 1 Second Affidavit of IAN A. HERBERT)(RAND, RIPLEY) (Entered: 12/09/2020) |
| 12/11/2020 | | Motions Referred: RE: 26 MOTION to Expedite , to MAG/JUDGE JOE L. WEBSTER (Williamson, Wanda) (Entered: 12/11/2020) |
| 12/14/2020 | 30 | **ORDER** signed by MAG/JUDGE JOE L. WEBSTER on 12/14/2020. Plaintiff's Motion for Leave to Serve Third-Party Subpoenas Before Rule 26(f) Conference (Docket Entry 7 ) is DENIED. FURTHER that Plaintiff's Motion to Expedite Consideration of Motion for Leave to Serve Third-Party Subpoenas (Docket Entry 26 ) is TERMINATED. (Daniel, J) (Entered: 12/14/2020) |
| 12/21/2020 | 31 | First MOTION to Dismiss *Per Rule 12(b)(6)* by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. Response to Motion due by 1/11/2021. (Attachments: # 1 Affidavit of Brandon S. Neuman (see Doc. 33 ), # 2 Exhibit Judgment, # 3 Exhibit Judgment Addendum, # 4 Exhibit Final Order, # 5 Exhibit Complaint, # 6 Exhibit 1st Amended Complaint)(NEUMAN, BRANDON) Modified on 12/22/2020 to reflect attachment 1 was filed in error per attorney Brandon S. Neuman. (Daniel, J) (Entered: 12/21/2020) |
| 12/21/2020 | 32 | Memorandum in Support by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. re: 31 MOTION to Dismiss. (NEUMAN, BRANDON) Modified docket on 12/22/2020 to reflect a memorandum filed and terminated response deadline. (Daniel, J) (Entered: 12/21/2020) |
| 12/21/2020 | 33 | DECLARATION filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. re 31 First MOTION to Dismiss *Per Rule 12(b)(6) CORRECTED Declaration of Brandon S. Neuman* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (NEUMAN, BRANDON) (Entered: 12/21/2020) |
| 01/11/2021 | 34 | RESPONSE in Opposition re 31 First MOTION to Dismiss *Per Rule 12(b)(6)* filed by VITAL MANAGEMENT SERVICES, INC., NICHOLAS DEL ROSSO filed by FARHAD AZIMA. Replies due by 1/25/2021 (RAND, RIPLEY) (Entered: 01/11/2021) |
| 01/11/2021 | 35 | DECLARATION filed by Plaintiff FARHAD AZIMA re 34 Response in Opposition to Motion *(Declaration of Ian A. Herbert)* filed by FARHAD AZIMA. (Attachments: # 1 Exhibit 1-Court of Appeal Order)(RAND, RIPLEY) (Entered: 01/11/2021) |
| 01/19/2021 | 36 | MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing Discovery by FARHAD AZIMA. Response to Motion due by 2/9/2021 (RAND, RIPLEY) (Entered: 01/19/2021) |
| 01/19/2021 | 37 | BRIEF re 36 MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing |

| | | |
|---|---|---|
| | | Discovery *(in Support of Motion)* by Plaintiff FARHAD AZIMA filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 01/19/2021) |
| 01/25/2021 | 38 | Notice to Parties RE: SO30. Responses due by 2/25/2021 (Winchester, Robin) (Entered: 01/25/2021) |
| 01/25/2021 | 39 | REPLY, filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., to Response to 31 First MOTION to Dismiss *Per Rule 12(b)(6)* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (NEUMAN, BRANDON) (Entered: 01/25/2021) |
| 01/25/2021 | 40 | DECLARATION re 39 Reply to Response to Motion *Supplemental Declaration of Brandon S. Neuman* by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (Attachments: # 1 Exhibit Approved Judgment)(NEUMAN, BRANDON) (Entered: 01/25/2021) |
| 02/05/2021 | | Motions Referred: RE: 31 First MOTION to Dismiss *Per Rule 12(b)(6)*, to MAG/JUDGE JOE L. WEBSTER (Garrett, Kim) (Entered: 02/05/2021) |
| 02/08/2021 | 41 | NOTICE by FARHAD AZIMA re 36 MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing Discovery *(Notice of Filing of Supplemental Materials)* (RAND, RIPLEY) (Entered: 02/08/2021) |
| 02/08/2021 | 42 | DECLARATION of Ian Herbert re 41 Notice (Other), *of Supplemental Filing* by Plaintiff FARHAD AZIMA. (Attachments: # 1 Exhibit 1 - Exhibit G to Declaration of Haralambos Tsiattalou Redacted Bank Statements)(RAND, RIPLEY) (Entered: 02/08/2021) |
| 02/09/2021 | 43 | RESPONSE re 36 MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing Discovery filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 2/23/2021 (NEUMAN, BRANDON) (Entered: 02/09/2021) |
| 02/12/2021 | 44 | REPLY, filed by Plaintiff FARHAD AZIMA, to Response to 36 MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing Discovery filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 02/12/2021) |
| 02/12/2021 | 45 | MOTION for Leave to File *Supplemental Materials in Support of Plaintiff's Response to Defendants' Motion to Dismiss* by FARHAD AZIMA. Response to Motion due by 3/5/2021 (RAND, RIPLEY) Modified on 2/22/2021 email notification from Attorney Rand stating they oppose this motion and response will be filed. (Garrett, Kim). (Entered: 02/12/2021) |
| 02/12/2021 | 46 | DECLARATION filed by Plaintiff FARHAD AZIMA re 45 MOTION for Leave to File *Supplemental Materials in Support of Plaintiff's Response to Defendants' Motion to Dismiss* filed by FARHAD AZIMA. (Attachments: # 1 Exhibit 1 - Bank Records)(RAND, RIPLEY) (Entered: 02/12/2021) |
| 02/18/2021 | | Motions Referred: RE: 36 MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing Discovery , to MAG/JUDGE JOE L. WEBSTER (Garrett, Kim) (Entered: 02/18/2021) |
| 03/05/2021 | 47 | RESPONSE in Opposition re 45 MOTION for Leave to File *Supplemental Materials in Support of Plaintiff's Response to Defendants' Motion to Dismiss* filed by FARHAD AZIMA filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 3/19/2021 (NEUMAN, BRANDON) (Entered: 03/05/2021) |

| | | |
|---|---|---|
| 03/08/2021 | 48 | REPLY, filed by Plaintiff FARHAD AZIMA, to Response to 45 MOTION for Leave to File *Supplemental Materials in Support of Plaintiff's Response to Defendants' Motion to Dismiss* filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 03/08/2021) |
| 03/09/2021 | | Motions Referred: RE: 45 MOTION for Leave to File *Supplemental Materials in Support of Plaintiff's Response to Defendants' Motion to Dismiss*, to MAG/JUDGE JOE L. WEBSTER (Garrett, Kim) (Entered: 03/09/2021) |
| 03/12/2021 | 49 | NOTICE by FARHAD AZIMA re 31 First MOTION to Dismiss *Per Rule 12(b)(6) Notice of Supplemental Authority* (Attachments: # 1 Exhibit A - Rakia v. Azima - 2021 EWCA Civ 349 - 03 12 2021)(RAND, RIPLEY) (Entered: 03/12/2021) |
| 03/18/2021 | | Case Reassigned to JUDGE WILLIAM L. OSTEEN, JR. UNASSIGNED no longer assigned to the case. (Marsh, Keah) (Entered: 03/18/2021) |
| 03/24/2021 | 50 | RESPONSE re 49 Notice (Other) filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 4/7/2021 (NEUMAN, BRANDON) (Entered: 03/24/2021) |
| 03/26/2021 | 51 | REPLY by Plaintiff FARHAD AZIMA to 49 Notice (Other) *(Notice of Supplemental Authority)*. (RAND, RIPLEY) (Entered: 03/26/2021) |
| 07/01/2021 | 52 | RENEWED MOTION / NOTICE by FARHAD AZIMA re 36 MOTION to Schedule Initial Pretrial Conference and Initiate Rule 26(f) and Local Rule 16.1(f) Conferences and Reporting Process or Issue an Order Commencing Discovery (Notice of Renewed Motion) (RAND, RIPLEY) Modified on 7/27/2021 to edit event to reflect as a pending motion (Welch, Kelly). (Entered: 07/01/2021) |
| 07/22/2021 | 53 | RESPONSE re 52 Notice (Other), *to Plaintiff's Renewed Motion to Schedule an Initial Pretrial Conference and for Other Relief* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 8/5/2021 (SHANAHAN, KIERAN) (Entered: 07/22/2021) |
| 07/27/2021 | | Motion Referred re: 52 RENEWED MOTION/NOTICE to Schedule an Initial Pretrial Conference, to MAG/JUDGE JOE L. WEBSTER (Welch, Kelly) (Entered: 07/27/2021) |
| 08/09/2021 | 54 | **ORDER AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** JOE L. WEBSTER signed on 8/9/2021. RECOMMENDED that Defendants' motion to dismiss (Docket Entry 31 ) be DENIED IN PART as to Counts III, VIII, X, and XI of Plaintiff's complaint, but GRANTED IN PART as to Plaintiff's other seven claims. ORDERED that Plaintiff's motion for leave to file supplemental materials in support of his response to Defendants' motion to dismiss (Docket Entry 45 ) is DENIED. FURTHER ORDERED Plaintiff's motion to schedule an initial pretrial conference and initiate Rule 26(f) and Local Rule 16.1(f) conferences, or in the alternative, for an order commencing discovery pending a pretrial conference to be set on a later date (Docket Entry 36 ) and his renewed motion for the same purpose (Docket Entry 52 ) are GRANTED IN PART to the extent that on or before August 31, 2021, Plaintiff may serve subpoenas on third-party Bank of America requesting records of payments between Defendants and Dechert LLP. In all other respects, Plaintiff's two motions (Docket Entries 36 and 52 ) are DENIED. (Daniel, J) (Entered: 08/09/2021) |
| 08/09/2021 | | **ORDER** of MAG/JUDGE JOE L. WEBSTER signed on 8/9/2021. Plaintiff's motion for leave to file supplemental materials in support of his response to Defendants' motion to dismiss (Docket Entry 45 ) is DENIED; Plaintiff's motion to schedule an initial pretrial conference and initiate Rule 26(f) and Local Rule 16.1(f) conferences, or in the alternative, for an order commencing discovery pending a pretrial conference to be set on a later date (Docket Entry 36 ) and his renewed motion for the same purpose (Docket Entry 52 ) are GRANTED IN PART AND DENIED IN PART. (Daniel, J) (Entered: 08/09/2021) |

| | | |
|---|---|---|
| 08/09/2021 | 55 | Notice of Mailing Order and Recommendation. Objections due by 8/23/2021. Objections for Pro Se due by 8/26/2021. (Daniel, J) (Entered: 08/09/2021) |
| 08/23/2021 | 56 | OBJECTION TO RECOMMENDED RULING - MAGISTRATE JUDGE re 54 Recommended Ruling - Magistrate Judge,,,, by Plaintiff FARHAD AZIMA . (RAND, RIPLEY) (Entered: 08/23/2021) |
| 08/23/2021 | 57 | OBJECTION TO RECOMMENDED RULING - MAGISTRATE JUDGE re 54 Recommended Ruling - Magistrate Judge,,,, by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. *Defendants' Partial Objection to the Order and Recommendation on Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6)*. (NEUMAN, BRANDON) (Entered: 08/23/2021) |
| 09/07/2021 | 58 | BRIEF re 57 Objection to Recommended Ruling - Magistrate Judge, *(Brief in Opposition to Defendants' Objections to Order and Recommendation)*. (RAND, RIPLEY) (Entered: 09/07/2021) |
| 09/07/2021 | 59 | BRIEF re 56 Objection to Recommended Ruling - Magistrate Judge *Defendants' Response to Plaintiff's Objections to Order and Recommendation on Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6)*. (NEUMAN, BRANDON) (Entered: 09/07/2021) |
| 09/13/2021 | | CASE REFERRED re: 54 **RECOMMENDED RULING - MAGISTRATE JUDGE** re 31 First MOTION to Dismiss *Per Rule 12(b)(6)* filed by VITAL MANAGEMENT SERVICES, INC., NICHOLAS DEL ROSSO, 56 Objections, 57 Objections, 58 Response in Opposition, 59 Response in Opposition, to JUDGE WILLIAM L. OSTEEN, JR. (Welch, Kelly) (Entered: 09/13/2021) |
| 09/24/2021 | 60 | NOTICE by FARHAD AZIMA re 54 **RECOMMENDED RULING - MAGISTRATE JUDGE** re 31 First MOTION to Dismiss *Per Rule 12(b)(6)* filed by VITAL MANAGEMENT SERVICES, INC., NICHOLAS DEL ROSSO. *Notice of Intent to File Emergency Motion and Supplemental Materials* (RAND, RIPLEY) (Entered: 09/24/2021) |
| 09/30/2021 | 61 | Emergency MOTION for Leave to File *Supplemental Information Related to Objection to Recommended Ruling and for Leave to Commence Discovery in Light of Newly Discovered Evidence* by FARHAD AZIMA. Response to Motion due by 10/21/2021 (Attachments: # 1 Exhibit 1 - Text Messages, # 2 Exhibit 2-Signed Contract, # 3 Exhibit 3-Burlingtons Letter)(RAND, RIPLEY) (Entered: 09/30/2021) |
| 10/07/2021 | | Motion Submitted re: 61 Emergency MOTION for Leave to File Supplemental Information Related to Objection to Recommended Ruling and for Leave to Commence Discovery in Light of Newly Discovered Evidence, to JUDGE WILLIAM L. OSTEEN, JR. (Welch, Kelly) (Entered: 10/08/2021) |
| 10/21/2021 | 62 | RESPONSE in Opposition re 61 Emergency MOTION for Leave to File *Supplemental Information Related to Objection to Recommended Ruling and for Leave to Commence Discovery in Light of Newly Discovered Evidence* filed by FARHAD AZIMA filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 11/12/2021 (NEUMAN, BRANDON) (Entered: 10/21/2021) |
| 10/22/2021 | 63 | REPLY, filed by Plaintiff FARHAD AZIMA, to Response to 61 Emergency MOTION for Leave to File *Supplemental Information Related to Objection to Recommended Ruling and for Leave to Commence Discovery in Light of Newly Discovered Evidence* filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 10/22/2021) |
| 11/30/2021 | 64 | MOTION for Leave to File *Supplemental Information* by FARHAD AZIMA. Response to Motion due by 12/21/2021 (Attachments: # 1 Exhibit Azima UK Re-Amended Counterclaim, # 2 Exhibit RAKIA UK Defence to Re-Amended Counterclaim)(RAND, RIPLEY) (Entered: 11/30/2021) |

| | | |
|---|---|---|
| 12/03/2021 | | Motion Submitted re: 64 MOTION for Leave to File Supplemental Information, to JUDGE WILLIAM L. OSTEEN, JR. (Welch, Kelly) (Entered: 12/03/2021) |
| 12/10/2021 | 65 | **MEMORANDUM OPINION AND ORDER** signed by JUDGE WILLIAM L. OSTEEN, JR on 12/10/2021; that the Magistrate Judge's Recommendation, (Doc. 54 ), is ADOPTED IN PART and MODIFIED IN PART. The Magistrate Judge's Recommendation to deny Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), (Doc. 31 ), as to Counts III and XI is MODIFIED and instead the Motion to Dismiss as to Counts III and XI will be granted. The remainder of the Magistrate Judge's Recommendation is ADOPTED. FURTHER that Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6), (Doc. 31 ), is DENIED IN PART as to Counts VIII and X of Plaintiff's Complaint but GRANTED IN PART as to Counts I, II, III, IV, V, VI, VII, IX, and XI. FURTHER that Plaintiff's Emergency Motion for Leave to File Supplemental Information Related to Objection to Recommended Ruling and for Leave to Commence Discovery in Light of Newly Discovered Evidence, (Doc. 61 ), is DENIED. FURTHER that Plaintiff's Motion for Leave to File Supplemental Information Related to Defendants' Opposition to Emergency Motion for Leave to File Supplemental Information, (Doc. 64 ), is DENIED. (Sheets, Jamie) (Entered: 12/10/2021) |
| 12/17/2021 | 66 | MOTION for Pretrial Conference, Rule 26(f) and Local Rule 16.1(f) Conference by FARHAD AZIMA. Responses due by 12/31/2021 (RAND, RIPLEY) (Entered: 12/17/2021) |
| 12/23/2021 | 67 | MOTION to Dismiss for Lack of Jurisdiction *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1)* by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Response to Motion due by 1/13/2022 (NEUMAN, BRANDON) (Entered: 12/23/2021) |
| 12/23/2021 | 68 | MEMORANDUM filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. re 67 MOTION to Dismiss for Lack of Jurisdiction *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1)* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (NEUMAN, BRANDON) (Entered: 12/23/2021) |
| 12/23/2021 | 69 | DECLARATION re 67 MOTION to Dismiss for Lack of Jurisdiction *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) Declaration of Brandon S. Neuman in Support of Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1)* by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (Attachments: # 1 Exhibit Counterclaimant's Response to the Request for Information)(NEUMAN, BRANDON) (Entered: 12/23/2021) |
| 12/30/2021 | 70 | RESPONSE in Opposition re 66 MOTION for Pretrial Conference, Rule 26(f) and Local Rule 16.1(f) Conference filed by FARHAD AZIMA *Defendants' Opposition* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. Replies due by 1/13/2022 (NEUMAN, BRANDON) (Entered: 12/30/2021) |
| 01/07/2022 | 71 | RESPONSE in Opposition re 67 MOTION to Dismiss for Lack of Jurisdiction *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1)* filed by VITAL MANAGEMENT SERVICES, INC., NICHOLAS DEL ROSSO filed by FARHAD AZIMA. Replies due by 1/21/2022 (RAND, RIPLEY) (Entered: 01/07/2022) |
| 01/07/2022 | 72 | DECLARATION filed by Plaintiff FARHAD AZIMA re 71 Response in Opposition to Motion, *Declaration of Dominic Holden* filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 01/07/2022) |
| 01/07/2022 | 73 | REPLY, filed by Plaintiff FARHAD AZIMA, to Response to 66 MOTION for Pretrial Conference, Rule 26(f) and Local Rule 16.1(f) Conference filed by FARHAD AZIMA. (RAND, RIPLEY) (Entered: 01/07/2022) |

| | | |
|---|---|---|
| 01/10/2022 | 74 | MOTION for Reconsideration re 65 Memorandum Opinion and Order, by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. Response to Motion due by 1/31/2022 (NEUMAN, BRANDON) (Entered: 01/10/2022) |
| 01/10/2022 | 75 | MEMORANDUM filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. re 74 MOTION for Reconsideration re 65 Memorandum Opinion and Order, filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC. (NEUMAN, BRANDON) (Entered: 01/10/2022) |
| 01/18/2022 | | Motions Referred to MAG/JUDGE JOE L. WEBSTER re: 66 MOTION for Pretrial Conference, Rule 26(f) and Local Rule 16.1(f) Conference. (Daniel, J) (Entered: 01/18/2022) |
| 01/21/2022 | 76 | REPLY, filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., to Response to 67 MOTION to Dismiss for Lack of Jurisdiction *Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1)* filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (NEUMAN, BRANDON) (Entered: 01/21/2022) |
| 01/31/2022 | 77 | RESPONSE in Opposition re 74 MOTION for Reconsideration re 65 Memorandum Opinion and Order,,,, filed by VITAL MANAGEMENT SERVICES, INC., NICHOLAS DEL ROSSO filed by FARHAD AZIMA. Replies due by 2/14/2022 (JONES, CHRISTOPHER) (Entered: 01/31/2022) |
| 02/14/2022 | 78 | REPLY, filed by Defendants NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC., to Response to 74 MOTION for Reconsideration re 65 Memorandum Opinion and Order,,,, filed by NICHOLAS DEL ROSSO, VITAL MANAGEMENT SERVICES, INC.. (NEUMAN, BRANDON) (Entered: 02/14/2022) |
| 02/17/2022 | | Motion Referred to MAG/JUDGE JOE L. WEBSTER re: 67 MOTION to Dismiss Pursuant to Rule 12(b)(1). (Daniel, J) (Entered: 02/17/2022) |
| 02/17/2022 | | Motion Submitted to JUDGE WILLIAM L. OSTEEN, JR., re: 74 MOTION for Reconsideration re 65 Memorandum Opinion and Order. (Daniel, J) (Entered: 02/17/2022) |
| 03/21/2022 | 79 | **MEMORANDUM OPINION AND ORDER** signed by JUDGE WILLIAM L. OSTEEN, JR on 03/21/2022, that Defendants' Motion to Reconsider the Partial Denial of their Motion to Dismiss, (Doc. 74 ), is DENIED. (Bowers, Alexis) (Entered: 03/21/2022) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/07/2022 12:39:07 | | | |
| **PACER Login:** | cssalivar83 | **Client Code:** | Forlit |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00954-WO-JLW |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |