# Exhibit C

# Table of Contents

**Subject Information** ................................................................................................................... 2

Redacted for Privacy

**Important:**                                                                 ONLINE REPORT

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws. User agrees to having knowledge of all applicable laws pertaining to the usage of data. User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

# Comprehensive Report

**Comprehensive Report**
**Date:** 06/03/2022
Reference ID: Redacted for

**Report Legend**
D - Deceased Person

**Relatives**
S > - 1st Degree of Separation
S. >> - 2nd Degree of Separation
S. >>> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: **AMIT FORLIT** (09/16/2021 to 09/16/2021)
Date of Birth: Redacted /1967, Born **54 years** ago
Gender: **Male**
SSN: Reda -9459 issued in **NEW YORK** between **1990-1991**

**Other Names Associated with Subject**
None found

**Other DOBs Associated with Subject**
None found

**Possible Phones Associated with Subject:**
None found

## Indicators

Redacted for Privacy



**Email Addresses Associated with Subject**
None found

Other Individuals Observed with shared SSN:
ALON O GURLAVIE Redacted -9459
Red /1967 (54)
OMIR A GURLAVIE Redacted -9459

Redacted for Privacy

Case 1:22-cv-20707-JBM Document 67-3 12 Entered on FLSD Docket 06/10/2022 Page 4 of 10
FOR ATTORNEY / LAW FIRM PURPOSES ONLY                          AMIT FORLIT-Comprehensive-Report-202206031117

## Address Summary (1 Found)

13727 SW # 715, MIAMI, FL 33177 (MIAMI-DADE COUNTY) (09/16/2021 to 09/16/2021)

## Address Details (1 Found)

**13727 SW # 715, MIAMI FL 33177 (MIAMI-DADE COUNTY)** (09/16/2021 to 09/16/2021)   [ Back to Summary ]
Current Commercial Phones at address
  Redact -9219(ET) - ADT DEALER HOME SECURITY CONCEPTS
  Redact -7575(ET) - CHICKEE HUTS INC
  Redact 1311(ET) - LURIM TECHNOLOGIES
  Redact -7270(ET) - LURIM TECHNOLOGIES
  Redact -0928 - LURIM TECHNOLOGIES
  Redact -1059 - LURIM TECHNOLOGIES
  Redact -6480(ET) - MAIL MART USA
  Redact -7575(ET) - OUTDOOR KITCHE N DREAMS
  Redac -9395(ET) - RRR GENERAL CONSTRUCTIONS
  Redact -2192(ET) - WE CLEAN GARAGES
  Redact -4968 - WECLEANGARAGES.COM
  Redact -4829(ET) - WOODRUFF & CO. LLC

## Cities History (1 Found)

MIAMI, FL (MIAMI-DADE COUNTY)  (09/16/2021 to 09/16/2021)

## Counties History (1 Found)

MIAMI-DADE, FL (09/16/2021 to 09/16/2021)

Redacted for Privacy

FOR ATTORNEY / LAW FIRM PURPOSES ONLY

AMIT FORLIT-Comprehensive-Report-202206031117

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

Neighbors' Phones for 13727 SW # 715, MIAMI, FL 33177 (MIAMI-DADE COUNTY)( 09/16/2021 to 09/16/2021)

Redacted MIAMI, FL 33186 (MIAMI-DADE COUNTY)
Redacted for Privacy

Redact MIAMI, FL 33101 (MIAMI-DADE COUNTY)
Redacted for Privacy

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

**Your DPPA Permissible Use:** Civil, Criminal, Administrative, or Arbitral Proceedings
**Your GLBA Permissible Use:** Use by Persons Holding a Legal or Beneficial Interest Relating to the Consumer
**Your DMF Permissible Use:** Legitimate Business Purpose Pursuant to a Law, Government Rule, Regulation, or Fiduciary Duty

# Comprehensive Report

**Date:** 06/08/22
**Reference Code:** Redacted for

**Report Legend:**
**S** - Shared Address
**D** - Deceased
✓ - Probable Current Address

**Report processed by:**
Carlton Fields Jorden Burt, P.A.
4221 W BOY SCOUT BLVD STE 1000
TAMPA, FL 33607
813-223-7000 Main Phone
813-229-4133 Fax

| Subject Information | AKAs | Indicators |
|---|---|---|
| **(Best Information for Subject)** | (Names Associated with Subject) | |
| Name: AMIT FORLIT | | Bankruptcy: **No** |
| Age: **0** | AMIT FORLIT | Property: **No** |
| SSN: | SSN: | Corporate Affiliations: **No** |

Redacted for Privacy
Redacted for Privacy

**Address Summary:** View All Address Variation Sources

✓ 4494 COVE ISLAND DR NE, MARIETTA, GA 30067-3650, COBB COUNTY (Feb 2016 - Aug 2016)

**Active Address(es):** View All Address Variation Sources

✓ 4494 COVE ISLAND DR NE, MARIETTA, GA 30067-3650, COBB COUNTY (Feb 2016 - Aug 2016)
   **Name Associated with Address:**
      AMIT FORLIT
         **Current Residents at Address:**
         STANLEY E STABNER SR
         ALON ZAIBERT
         YAEL ZAIBERT
      **Property Ownership Information for this Address**

**Property:**
    Parcel Number - 16-1117-0-040-0
    Book - 15129
    Page - 24
    Owner Name: YAEL ZAIBERT
    Property Address: - 4494 COVE ISLAND DR NE, MARIETTA, GA 30067-3650, COBB COUNTY
    Owner Address:
    Sale Date - 12/16/2013
    Sale Price - $345,000
    Land Usage - SFR
    Subdivision Name - KINGS COVE
    Total Market Value - $474,680
    Assessed Value - $189,872
    Land Value - $143,000
    Improvement Value - $331,680
    Land Size - 20,496 Square Feet
    Year Built - 1980
   Seller Name: SHLOMI ISHAK
    Legal Description - KINGS COVE LOT 1 BLOCK H UNIT 3
    Loan Amount - $327,750
    Loan Type - CONVENTIONAL
    Lender Name - LEADERONE FIN'L CORP
    Data Source - A

**Neighborhood Profile (2010 Census)**
    Average Age: 42
    Median Household Income: $151,613
    Median Owner Occupied Home Value: $446,761
    Average Years of Education: 16

[Redacted for Privacy]

[Redacted for Privacy]

[Redacted for Privacy]

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

Redacted for Privacy

 Redacted

**Source Information:**
All Sources      1 Source Document(s)
Historical Person Locator      1 Source Document(s)