Exhibit E

| | |
|---|---|
| **From:** | Ros, Mario [PBW-GWM] |
| **To:** | "AMIT@GADOT.CO" |
| **Subject:** | Citibank |
| **Date:** | Saturday, September 7, 2019 10:27:32 AM |
| **Attachments:** | image002.png |

Good morning Ms. Forlit,

My name is Mario Ros, I am a Priority relationship manager from the Citibank Branch located at 2001 Biscayne Blvd. I was reviewing the inflows/outflows report today and noticed that your business got funds wired in, and did not wanted you to miss out the opportunity to get benefit from it. As of right now there is a promotional offer for business-saving accounts funded with new to bank money (50k+), which yield an interest of 2% for 6 months. The money would not be locked, so you could use it if needed, and as long the balance in the account is above 50k you will be earning that interest. I believe this is the most competitive product that the Bank is offering right now, please let me know if you need something to be clarified.

Thanks so much for being such a valuable client, sincerely,

*Being the Best – Two years running!*
*The same goal: Improving the banking experience for everyone.*



For more information about Kiplinger's award

**Mario E Ros**
**Personal Banker**
**2001 Biscayne Blvd., Miami, FL 33137**
**NMLS: 1845941**
**Phone: (305)572-1699**
**Email: Mario.ros@citi.com**

Confidential



**LINK:** Schedule an Appointment

**Confidentiality Notice: This E-mail message, including attachments, if any, is intended only for the person or entity to which it is addressed, and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply E-mail and destroy all copies of the original message.**

**About This Message: This customer service e-mail is in response to your e-mail inquiry about your retail banking relationship. Should you wish to reply, please do not include your account number or any other personally identifiable information of a sensitive or confidential nature as e-mail is not a secure method of communication. For inquiries about Citibank marketing offers and other promotional matters, kindly call me or visit the financial center.**

SDC-GADOT-CITI_00156

Citibank CBO Services   041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
███████0977
**Statement Period**
Mar 1 - Mar 31, 2018
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                    FL 33177

## CitiBusiness® ACCOUNT AS OF MARCH 31, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$614,034.27** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM FEBRUARY 1, 2018 THRU FEBRUARY 28, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ████0977 | | | |
| Average Daily Collected Balance | | | $143,118.97 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| ███0977 | | |
|---|---|---|
| **Beginning Balance:** | $141,719.46 |
| **Ending Balance:** | $614,034.27 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01 | SERVICE CHARGES<br>FEE FOR INTERNATIONAL FUNDS TRANSFER | 27.00 | | 141,692.46 |
| 03/01 | INT'L WIRE OUT<br>CBOL WIRE TO Aviram Hawk- Consultant #IL0903 | 30,000.00 | | 111,692.46 |
| 03/15 | FUNDS TRANSFER<br>WIRE FROM FLORID A IP TELEC OM INC        Mar 15 | | 100,000.00 | 136,544.55 |
| 03/15 | FUNDS TRANSFER<br>WIRE FROM PAGE G ROUP ME DM CC        Mar 15 | | 129,950.00 | 266,494.55 |

CONFIDENTIAL

SDC-GADOT-CITI_00054

SDC-GADOT LLC

Account ■■■■■0977     Page 2 of 2
Statement Period:  Mar 1 - Mar 31, 2018

001/R1/04F016

| | | | | |
|---|---|---|---|---|
| **CHECKING ACTIVITY** | | | | **Continued** |
| **Date** | **Description** | **Debits** | **Credits** | **Balance** |
| 03/16 | FUNDS TRANSFER<br>WIRE FROM FLORID A IP TELEC OM INC     Mar 16 | | 200,000.00 | 466,494.55 |
| 03/23 | FUNDS TRANSFER<br>WIRE FROM OVERSE AS CONSULT ING LIMITED LLP Mar 23 | | 350,000.00 | 714,199.58 |

| |
|---|
| **CUSTOMER SERVICE INFORMATION** |

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990<br>(For Speech and Hearing<br>Impaired Customers Only<br>TDD: 800-945-0258) | CitiBusiness<br>100 Citibank Drive<br>San Antonio, TX 78245-9966 |

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL            SDC-GADOT-CITI_00055

P.O. Box 6201
Sioux Falls, SD 57117-6201

000
CITIBANK, N. A.
**Account**
████ 0977
**Statement Period**
Apr 1 - Apr 30, 2018
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 3

```
      SDC-GADOT LLC
      13727 SW 152 ST Suite 649
      MIAMI                    FL 33177
```

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$445,626.33** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2018 THRU MARCH 31, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # ████ 0977** | | | |
| Average Daily Collected Balance | | | $346,687.97 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

████ 0977

| | |
|---|---|
| **Beginning Balance:** | $614,034.27 |
| **Ending Balance:** | $445,626.33 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|

CONFIDENTIAL

SDC-GADOT LLC

Account ███████0977      Page 2 of 3
Statement Period:  Apr 1 - Apr 30, 2018

001/R1/04F016

| | CHECKING ACTIVITY | | | Continued |
|---|---|---|---|---|
| Date | Description | Debits | Credits | Balance |

| Date | Description | | Debits | Credits | Balance |
|---|---|---|---|---|---|
| 04/13 | FUNDS TRANSFER | | | 100,000.00 | 546,404.24 |
| | WIRE FROM FLORID A IP TELEC OM INC | Apr 13 | | | |
| 04/18 | FUNDS TRANSFER | | | 350,000.00 | 795,822.29 |
| | WIRE FROM OVERSE AS CONSULT ING LLP | Apr 18 | | | |

SDC-GADOT-CITI_00057

SDC-GADOT LLC                    Account ████0977          Page 3 of 3          001/R1/04F016
                                Statement Period:  Apr 1 - Apr 30, 2018

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:                    YOU CAN WRITE:

Checking                         877-528-0990                     CitiBusiness
                                 (For Speech and Hearing          100 Citibank Drive
                                 Impaired Customers Only          San Antonio, TX 78245-9966
                                 TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL

SDC-GADOT-CITI_00059

Citibank CBO Services   041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
█████0977
**Statement Period**
May 1 - May 31, 2018
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
        Page 1 of 3

```
        SDC-GADOT LLC
        13727 SW 152 ST Suite 649
        MIAMI                FL 33177
```

## CitiBusiness® ACCOUNT AS OF MAY 31, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$350,836.50** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM APRIL 1, 2018 THRU APRIL 30, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** █████**0977** | | | |
| Average Daily Collected Balance | | | $573,429.88 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| █████0977 | | **Beginning Balance:** | $445,626.33 |
|---|---|---|---|
| | | **Ending Balance:** | $350,836.50 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|

SDC-GADOT LLC

Account ████0977     Page 2 of 3
Statement Period: May 1 - May 31, 2018

001/R1/04F016

| CHECKING ACTIVITY | | | | Continued |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 05/21 | FUNDS TRANSFER<br>WIRE FROM FLORID A IP TELEC OM INC     May 21 | | 100,000.00 | 145,174.64 |
| 05/21 | FUNDS TRANSFER<br>WIRE FROM PAGE G ROUP ME DM CC     May 21 | | 187,450.00 | 332,624.64 |
| 05/24 | FUNDS TRANSFER<br>WIRE FROM OVERSE AS CONSULT ING LLP     May 24 | | 350,000.00 | 553,813.98 |

CONFIDENTIAL                                                                 SDC-GADOT-CITI_00061

SDC-GADOT LLC

Account ▇▇▇▇0977    Page 3 of 3
Statement Period:  May 1 - May 31, 2018

001/R1/04F016

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| | | | | |

## CHECKING ACTIVITY    Continued

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:        YOU CAN CALL:              YOU CAN WRITE:

Checking                         877-528-0990               CitiBusiness
                                 (For Speech and Hearing    100 Citibank Drive
                                 Impaired Customers Only     San Antonio, TX 78245-9966
                                 TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL

SDC-GADOT-CITI_00063

P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
███████0977
**Statement Period**
Jun 1 - Jun 30, 2018
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI                    FL 33177

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2018

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$488,561.56** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM MAY 1, 2018 THRU MAY 31, 2018

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ███████0977 | | | |
| Average Daily Collected Balance | | | $238,101.48 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| | |
|---|---|
| ██████0977 | |
| **Beginning Balance:** | $350,836.50 |
| **Ending Balance:** | $488,561.56 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/14 | FUNDS TRANSFER  WIRE FROM FLORID A IP TELEC OM INC    Jun 14 | | 100,000.00 | 385,717.55 |
| 06/15 | FUNDS TRANSFER  WIRE FROM OVERSE AS CONSULT ING LLP    Jun 15 | | 350,000.00 | 735,717.55 |

SDC-GADOT-CITI_00064

SDC-GADOT LLC

Account ████0977 Page 2 of 2
Statement Period: Jun 1 - Jun 30, 2018

001/R1/04F016

## CHECKING ACTIVITY                                                    Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
|      |             |        |         |         |

## CUSTOMER SERVICE INFORMATION

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 | CitiBusiness |
|  | (For Speech and Hearing | 100 Citibank Drive |
|  | Impaired Customers Only | San Antonio, TX 78245-9966 |
|  | TDD: 800-945-0258) |  |

For change in address, call your account officer or visit your branch.

© 2018 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services       041                                                    001/R1/04F016
P.O. Box 6201
Sioux Falls, SD 57117-6201

                                                                                   000
                                                                                   CITIBANK, N. A.
                                                                                   **Account**
                                                                                   ████████0977
                                                                                   **Statement Period**
                                                                                   Jun 1 - Jun 30, 2019
              SDC-GADOT LLC                                                         **Relationship Manager**
              13727 SW 152 ST Suite 649                                             Citibusiness Service Center
              MIAMI              FL 33177                                           (877) 528-0990
                                                                                        Page 1 of 3

---

## CitiBusiness® ACCOUNT AS OF JUNE 30, 2019

#### Relationship Summary:

| | |
|---|---|
| **Checking** | **$210,127.96** |
| Savings | ----- |
| Checking Plus | ----- |

---

## SERVICE CHARGE SUMMARY FROM MAY 1, 2019 THRU MAY 31, 2019

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ████0977 | | | |
| Average Daily Collected Balance | | | $134,996.78 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

---

## CHECKING ACTIVITY

#### CitiBusiness Streamlined Checking

| ████0977 | | | |
|---|---|---|---|
| | | **Beginning Balance:** | $400,619.89 |
| | | **Ending Balance:** | $210,127.96 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 06/03 | FUNDS TRN OUT<br>CBOL WIRE TO MMCO LLC T/A DON ROSEN IMPORTS | 39,996.00 | | 360,606.89 |
| 06/13 | FUNDS TRANSFER<br>WIRE FROM PAGE G ROUP ME DM CC       Jun 13 | | 199,950.00 | 460,460.03 |

---

CONFIDENTIAL                                                    SDC-GADOT-CITI_00090

SDC-GADOT LLC

Account ████████0977     Page 2 of 3
Statement Period:  Jun 1 - Jun 30, 2019

001/R1/04F016

## CHECKING ACTIVITY             Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|

SDC-GADOT LLC

Account 9145350977    Page 3 of 3
Statement Period: Jun 1 - Jun 30, 2019

001/R1/04F016

| CUSTOMER SERVICE INFORMATION |
|---|

| IF YOU HAVE QUESTIONS ON: | YOU CAN CALL: | YOU CAN WRITE: |
|---|---|---|
| Checking | 877-528-0990 | CitiBusiness |
| | (For Speech and Hearing | 100 Citibank Drive |
| | Impaired Customers Only | San Antonio, TX 78245-9966 |
| | TDD: 800-945-0258) | |

For change in address, call your account officer or visit your branch.

© 2019 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

CONFIDENTIAL

SDC-GADOT-CITI_00092

Citibank CBO Services    041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
█████ 0977
**Statement Period**
Apr 1 - Apr 30, 2020
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 3

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI          FL 33177

## CitiBusiness® ACCOUNT AS OF APRIL 30, 2020

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$189,268.16** |
| **Savings** | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM MARCH 1, 2020 THRU MARCH 31, 2020

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** █████ 0977 | | | |
| Average Daily Collected Balance | | | $59,419.18 |
| **Total Charges for Services** | | | **$0.00** |
| **Net Service Charge** | | | **$0.00** |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

█████ 0977

**Beginning Balance:** $181,885.29
**Ending Balance:** $189,268.16

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 04/03 | DEBIT CARD PURCH Card Ending in 6321<br>K2FW1ZS5      6321 Apr 03<br>SQ *LUIS GALVIS    North Miami B FL 20093 | 1,063.18 | | 180,822.11 |
| 04/06 | DEBIT CARD PURCH Card Ending in 6321<br>XRGJQNGW      6321 Apr 06<br>MIAMI BEACH BEAUTY SA MIAMI BEACH   FL 20094 | 167.98 | | 130,627.13 |

CONFIDENTIAL

SDC-GADOT-CITI_00114

SDC-GADOT LLC

Account ████0977    Page 2 of 3
Statement Period: Apr 1 - Apr 30, 2020

001/R1/04F016

## CHECKING ACTIVITY                                        Continued

| Date | Description | Debits | Credits | Balance |
| --- | --- | --- | --- | --- |

SDC-GADOT-CITI_00115

SDC-GADOT LLC                    Account ████0977          Page 3 of 3                    001/R1/04F016
                                Statement Period: Apr 1 - Apr 30, 2020

| **CHECKING ACTIVITY** | | | | **Continued** |
|---|---|---|---|---|
| Date | Description | Debits | Credits | Balance |
| 04/27 | FUNDS TRANSFER | | 159,935.00 | 190,176.75 |
| | WIRE FROM PAGE R ISK MANAGE MENT DMCC     Apr 27 | | | |

████████████████████████████████████████████████

| **CUSTOMER SERVICE INFORMATION** |
|---|

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                           877-528-0990                     CitiBusiness
                                   (For Speech and Hearing          100 Citibank Drive
                                   Impaired Customers Only          San Antonio, TX 78245-9966
                                   TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.

© 2020 Citigroup Inc. Citibank, N.A. Member FDIC.
Citibank with Arc Design and CitiBusiness are registered service marks of Citigroup Inc.

Citibank CBO Services     041
P.O. Box 6201
Sioux Falls, SD 57117-6201

001/R1/04F016

000
CITIBANK, N. A.
**Account**
████ 0977
**Statement Period**
May 1 - May 31, 2021
**Relationship Manager**
Citibusiness Service Center
(877) 528-0990
Page 1 of 2

SDC-GADOT LLC
13727 SW 152 ST Suite 649
MIAMI        FL 33177

## CitiBusiness® ACCOUNT AS OF MAY 31, 2021

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$34,873.27** |
| Savings | ----- |
| **Checking Plus** | ----- |

## SERVICE CHARGE SUMMARY FROM APRIL 1, 2021 THRU APRIL 30, 2021

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING #** ████ 0977 | | | |
| Average Daily Collected Balance | | | $4,308.66 |
| DEPOSIT SERVICES | | | |
|     MONTHLY MAINTENANCE FEE | 1 | 15.0000 | 15.00 |
| **Total Charges for Services** | | | **$15.00** |
| **Net Service Charge** | | | **$15.00** |
| Charges debited from account # ████ 0977 | | | |

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**

| ████ 0977 | | | **Beginning Balance:** | $3,903.27 |
|---|---|---|---|---|
| | | | **Ending Balance:** | $34,873.27 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 05/10 | FUNDS TRANSFER<br>WIRE FROM GLOBAL IMPACT SE RVICES LLC    May 10 | | 31,000.00 | 34,903.27 |
| | **Total Debits/Credits** | **30.00** | **31,000.00** | |

CONFIDENTIAL

SDC-GADOT-CITI_00144