**From:** **Christopher Salivar** cssalivarattorney@gmail.com
**Subject:** Re: Azima v. Insight and SDC-Gadot
**Date:** January 31, 2023 at 10:36 AM
**To:** Behre, Kirby kbehre@milchev.com, Christopher Salivar cssalivarattorney@gmail.com
**Cc:** Johannes, Vanessa Singh vjohannes@carltonfields.com, Pasano, Michael S. MPasano@carltonfields.com, Elan Baret elan@baretlawgroup.com, Herbert, Ian iherbert@milchev.com, Lee, Calvin clee@milchev.com, Semones, Lesley lsemones@milchev.com, Tafuri, Katharine ktafuri@milchev.com

Kirby,

That is inaccurate. There were also documents produced that were not deposition exhibits. Also, my clients obtained copies of the bank records directly (as you can see from the production).

Sincerely,

*Christopher S. Salivar, Esq.*

Christopher S. Salivar, P.L.L.C.
(561) 628-8908
cssalivarattorney@gmail.com

On Thu, Jan 26, 2023 at 9:10 AM Behre, Kirby <kbehre@milchev.com> wrote:

Chris – please confirm that your entire document production consists of exhibits we used during Forlit's depositions.  Thanks

**KIRBY D. BEHRE**
Member | Miller & Chevalier Chartered
kbehre@milchev.com | T. 202.626.5960 | M. 202.294.8406

---

**From:** Christopher Salivar <cssalivarattorney@gmail.com>
**Sent:** Wednesday, January 25, 2023 9:49 PM
**To:** Johannes, Vanessa Singh <vjohannes@carltonfields.com>; Pasano, Michael S. <MPasano@carltonfields.com>; Behre, Kirby <kbehre@milchev.com>; Christopher Salivar <cssalivarattorney@gmail.com>; Elan Baret <elan@baretlawgroup.com>
**Subject:** re: Azima v. Insight and SDC-Gadot

**EXTERNAL**

---

Vanessa,

Below is a dropbox link for the documents which SDC-GADOT, LLC and INSIGHT ANALYSIS AND RESEARCH, LLC have compiled responsive to the Court's Order at DE # 62. They have been compiled into a single file and Bates stamped.

They are not being filed with the Court, and contain bank account information in some of the Exhibits which has not been redacted. However, that information remains confidential and cannot be disseminated or filed with the Court without further redactions.

https://www.dropbox.com/**REDACTED**          

Sincerely,

*Christopher S. Salivar, Esq.*

Christopher S. Salivar, P.L.L.C.

(561) 628-8908

cssalivarattorney@gmail.com