**CHRISTOPHER S. SALIVAR, P.L.L.C.**
**301 W. ATLANTIC AVE., SUITE O-5**
**DELRAY BEACH, FL 33444**
**TEL: (561) 628-8908**

**CHRISTOPHER S. SALIVAR, ESQ.**
**csssalivarattorney@gmail.com**
**LICENSED IN THE STATE OF FLORIDA**

**March 28, 2023**

<u>*Sent via e-mail only to:*</u>
Vjohannes@carltonfields.com
kbehre@milchev.com
ihebert@milchev.com
mpasano@carltonfields.com
clee@milchev.com

Vanessa Johannes, Esq.
Kirby Behre, Esq.
Ian Hebert, Esq.
Michael Pasano, Esq.
Calvin Lee, Esq.

<u>Re:</u>     S.D. Fla. Case No.: 1:22-cv-20707-JEM/JB

Dear counsel,

     Thank you for your recent email inquiring about Insight and SDC-Gadot's document production pursuant to the Court's January 3 2023 Order. As you know, your undersigned's clients produced 800+ pages of responsive documents pursuant to the Order on January 25, 2023, via a DropBox link. That compilation consisted of what was available, and responsive, pursuant to the Court's Order. That production is all that is in the possession, custody, or control of Insight and SDC-Gadot.

     Your undersigned's clients also received the search terms you provided on February 13, 2023. There are no additional responsive documents to be produced.

**CHRISTOPHER S. SALIVAR, P.L.L.C.**

*Christopher S. Salivar, Esq.*

Christopher S. Salivar, Esquire

Cc:     Elan Baret, Esq; Client