UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-20707-CIV-MARTINEZ-BECERRA

FARHAD AZIMA,

    Petitioner,

v.

INSIGHT ANALYSIS AND RESEARCH, LLC
and SDC-GADOT LLC,

    Respondents.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on all dispositive matters, including Respondents Insight Analysis and Research, LLC and SDC-Gadot LLC's Motion for Reconsideration ("Motion"). (ECF No. 42.) Judge Becerra filed an R&R recommending that the Motion be denied. (ECF No. 76 at 1, 7–8.) The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 76), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that the Motion, (ECF No. 52), is **DENIED** as set forth in the R&R.

**DONE AND ORDERED** in Miami, Florida, this 25 day of September, 2023.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record