IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20707-JEM/BECERRA

*In re:* Application Pursuant to
28 U.S.C.§ 1782 of

FARHAD AZIMA

    *Petitioner,*

v.

INSIGHT ANALYSIS AND RESEARCH, LLC,
SDC-GADOT, LLC, and
AMIT FORLIT,

    *Respondents.*
_____/

## MOTION SEEKING LEAVE OF THE COURT TO PERMIT PETITIONER TO APPEAR VIRTUALLY AT STATUS HEARING

Petitioner Farhad Azima's counsel hereby seeks leave of the Court to appear via Zoom or telephonic means at the Status Hearing set for February 13, 2024, at 10:30 am. In support of this motion, the Petitioner states as follows:

1. On February 6, 2024, the Court set a status hearing regarding the above-referenced matter.

2. Due to scheduling conflicts, Petitioner's counsel are unable to appear in-person for the February 13, 2024 hearing, but are available to join remotely. Specifically, Ms. Johannes has interviews for a time-sensitive internal investigation on that date in Vero Beach, Florida. Ms. Johannes cannot reschedule these interviews. Messrs. Herbert and Behre have conflicting other in-person client meetings in New York City that day.

Petitioner reached out to opposing counsel on 2/10/2024 but has not heard back as of 7:45

1

135124056.1

pm EST on 02/11/2024.  Given that this hearing is scheduled for 2/13/2024, this motion is being filed without a conferral.  Notably, Petitioner does not see how Respondents would be harmed by the relief requested herein.

WHEREFORE undersigned counsel respectfully requests this motion to be GRANTED.

Dated: February 9, 2024                    Respectfully submitted,


/s/ *Vanessa Singh Johannes*
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

Ian Herbert (admitted *pro hac vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006

*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2024, a true and correct copy of the foregoing document was filed via CM/ECF and served on counsel for the Respondents named in this matter, Christopher S. Salivar and Elan I. Baret, via such means.

s/ *Vanessa Singh Johannes*
Vanessa S. Johannes
