IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20707-JB

*In re:* Application Pursuant to
28 U.S.C.§ 1782 of

FARHAD AZIMA

    *Petitioner,*

v.

INSIGHT ANALYSIS AND RESEARCH, LLC,
SDC-GADOT, LLC, and
AMIT FORLIT,

    *Respondents.*

_____/

**JOINT STATUS REPORT**

Pursuant to the Court's Paperless Order on May 2, 2024, *see* ECF No. 85, Petitioner Farhad Azima ("Petitioner") and Respondents Insight Analysis and Research, LLC, SDC-Gadot, LLC, and Amit Forlit ("Respondents") submit this Joint Status Report.

1. On May 2, 2024, the Court ordered the parties to file a joint status report by Monday, May 13, 2024 regarding the status of the UK Proceeding, *Farhad Azima -v- (1) RAKIA (2) David Neil Gerrard (3) Dechert LLP and (4) James Edward Deniston Buchanan* (Claim Number: HC-2016-002798) pending in the High Court of Justice of England and Wales (the "UK Proceeding").

2. On February 13, 2024, the Court held a telephonic hearing regarding this matter. Petitioner explained that Mr. Azima settled the UK Proceeding with Dechert LLP and Neil Gerrard earlier this year but the case remained ongoing against James Buchanan and RAKIA.

3. On or about March 8, 2024, Mr. Azima settled the UK Proceeding with James

1

Buchanan. That settlement was recorded in a March 11, 2024 order, which also confirmed that Mr. Buchanan would not oppose Mr. Azima's application seeking default judgment against RAKIA.

4. Mr. Azima applied for default judgment against RAKIA on March 19, 2024. On March 25, 2024, the UK Court issued an order granting Mr. Azima default judgment against RAKIA. RAKIA has not complied with the UK Court Order.

5. Accordingly, the Parties request that the Court dismiss the remaining motions without prejudice.

Dated: May 13, 2024                           Respectfully submitted,

/s/ *Vanessa Singh Johannes*
Vanessa Singh Johannes (FBN 1028744)
E-mail: VJohannes@carltonfields.com
CARLTON FIELDS P.A.
700 N.W. 1st Avenue, Suite 1200
Miami, Florida 33136-4118
Telephone: (305) 530-0050

Ian Herbert (admitted *pro hac vice*)
MILLER & CHEVALIER CHARTERED
900 16th Street, NW
Washington, D.C. 20006

*Counsel for Petitioner*

Elan I. Baret (FBN 20676)
Christopher S. Salivar (FBN 57031)

BARET LAW GROUP, P.A.
3999 Sheridan Street, 2nd Floor
Hollywood, Florida 33021
Telephone: (954) 486-9966
E-mail: elan@baretlawgroup.com
E-mail: cs@baretlawgroup.com
E-mail: cssalivarattorney@gmail.com

*Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, a true and correct copy of the foregoing document was filed via CM/ECF.

        s/ *Vanessa Singh Johannes*
        Vanessa S. Johannes